# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3876
_____

SAMUEL LESTER MCCRAY, JR.,

Appellant,

v.

CAROL LYNN MCCRAY,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brandon J. Young, Judge.

July 3, 2024

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); *see also Lafaille v. Lafaille*, 837 So. 2d 601, 604 (Fla. 1st DCA 2003) ("Where an appellant challenges the sufficiency of the evidence and the record on appeal is so limited, 'we must presume that there was sufficient evidence and testimony presented to the trial court to support its findings of fact.") (quoting *Damkohler v. Dahmkohler*, 336 So. 2d 1243, 1243 (Fla. 4th DCA 1976)).

LEWIS, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Samuel Lester McCray, Jr., pro se, Appellant.

Samuel Alexander of Alexander Appellate Law P.A., DeLand, for Appellee.